IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALPHONSO LAMONT WILLIS,

Plaintiff,

v.

NEW LISBON CORRECTIONAL INSTITUTION,

Defendant.

ORDER

Case No. 26-cv-642-jdp

Plaintiff Alphonso Lamont Willis, an inmate at the Waupun Correctional Institution, has submitted a motion for leave to proceed without prepaying the filing fee for this case, dkt. 10, and a trust fund account statement for the period of October 1, 2026, to October 15, 2026, dkt. 11. The *in forma pauperis* statute requires an account statement for the six-month period immediately preceding the filing of the complaint, *see* 28 U.S.C. § 1915(a)(2), but plaintiff says he lacks the funds necessary to obtain a six-month account statement. Dkt. 10. The statement that plaintiff *did* submit shows an opening balance of $.57 and a closing balance of only $.45. It appears that plaintiff has no means with which to pay the filing fee or make an initial partial payment, so I will grant his motion to proceed without prepaying the filing fee and will not assess an initial partial payment.

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen his complaint to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. Plaintiff is advised that the full $350 filing fee for indigent litigants remains his obligation even if the court determines that his complaint cannot go forward. *See* 28 U.S.C. § 1915(b)(2).

ORDER

IT IS ORDERED:

1. The motion filed by plaintiff Alphonso Willis to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in this case until the court has screened his complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 3rd day of November, 2026.

BY THE COURT:

/s/

ANDREW R. WISEMAN
United States Magistrate Judge